IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JOSEPH HUDSON, | No. 2:13-cv-1444-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| RALPH DIAZ, | |
| Respondent. | |
| _____ / | |

   Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1).

   Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief; (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury.  In the instant case, the petition fails to meet one or more of these requirements.  Specifically, petitioner did not file an actual petition setting forth his grounds for relief, along with the facts supporting each ground.  Rather, he submitted to the court a letter stating his intention to initiate a federal habeas corpus proceeding,

1

indicating an additional issue for review (ineffective assistance of counsel), and providing the court with a copy of the petition for review filed with the California Supreme Court as well as prior court rulings. The undersigned finds this method of initiating a federal habeas corpus proceeding to be insufficient. Petitioner must file an actual petition, wherein he sets forth all of his grounds for relief, along with the supporting facts for each, states what relief he is requesting, and signs the petition under penalty of perjury.

Petitioner will be provided an opportunity to file an amended petition which satisfies Rule 2(c). Petitioner is warned that failure to comply with this order may result in the dismissal of this action. <u>See</u> Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is dismissed with leave to amend;

2. Petitioner shall file an amended petition on the form employed by this court, and which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section 2254 Cases, within 30 days of the date of this order; and

3. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: October 31, 2014

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE